SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
385 Grand Avenue, Suite 300
Oakland, Ca. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4958
scottsugar@aol.com

Attorneys for Defendant
    JONATHAN FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JONATHAN FORD, ) <br> ) <br> Defendant. ) <br> ) | No. CR 06-00346 DLJ (WDB) <br><br> STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND ORDER |

   One of the conditions of defendant John Ford's pretrial release in this matter is that his travel is restricted to the Northern District of California. John Ford has been invited to attend a wedding in Grover Beach, California (Central District of California) on September 9, 2006. Mr. Ford would like to attend that wedding and would leave to travel from the Northern District of California on September 8, 2006 to attend the wedding and would return to this District on September 10, 2006.

   Mr. Ford has informed Pretrial Services Officer Betty Kim of his desire to attend this wedding and has informed her of the name, address and telephone number of the inn where he will stay, which is located in nearby Pismo Beach, California. Ms. Kim has no objection to Mr. Ford traveling to this wedding.

Stipulation to Modify Conditions of Pretrial Release                                           1

1
2      The parties STIPULATE that this Court may modify the pretrial release conditions of John
3 Ford to permit him to travel to and from this wedding in Grover Beach, California, from September
4 8, 2006 through September 10, 2006.
5
6 DATE: 9/1/06                              _____/s_____
                                             Scott A. Sugarman
7                                            Attorney for John Ford
8
9 DATE: 9/1/06                              _____/s_____
                                             George Bevan, Jr.
10                                           Assistant United States Attorney
11 SO ORDERED.
12
   DATED:  September 1, 2006
13
14
                                             *IT IS SO ORDERED*
                                             */s/ Wayne D. Brazil*
                                             *Judge Wayne D. Brazil*
15
16                                           _____
17                                           UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28