SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
385 Grand Avenue, Suite 300
Oakland, Ca. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4958
scottsugar@aol.com

Attorneys for Defendant
    JONATHAN FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00346 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE SENTENCING AND [proposed] ORDER |
| JONATHAN FORD, | ) | |
| Defendant. | ) | |

    Defendant Jonathan Ford has entered a guilty plea is this action and awaiting sentencing. He is out of custody.

    Two of the co-defendants in this matter are scheduled for trial in mid-September 2007. The parties believe it is appropriate to defer sentencing until the prosecution of those two individuals is resolved by trial or plea.  Thus, the parties request that sentencing in this matter until October 26, 2007 at 10 a.m.

    The parties STIPULATE that sentencing in this matter should be continued from February 23, 2007 to October 26, 2007 at 10:00 a.m.

DATE: April 18, 2007           ____/s/_____
                               Scott A. Sugarman
                               Attorney for Jonathan Ford

Stipulation to Continue Sentencing                                               1

1
2  DATE:                                    ____/s/_____
                                            George Bevan Jr.
3                                           Assistant United States Attorney

4  SO ORDERED.

5

6  DATED:  April 17, 2007                   _____
7                                           UNITED STATES DISTRICT JUDGE