UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-CR-00346-DLJ-ALL |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSHUA HEDLUND | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Joshua Hedlund's travel restriction is hereby modified so that travel is restricted to the state of California.

IT IS SO ORDERED.

Dated: May 21, 2007

_____
Hon. Wayne D. Brazil, U.S. Magistrate
United States District Court
Northern District of California

-1-
ORDER