JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

KESLIE STEWART (CASBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3709
   Facsimile: (510) 637-3724

Attorneys for Plaintiff

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.   CR 06-00346 DLJ |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER RE CONTINUANCE |
| JONATHAN FORD, ) | |
|     Defendant. ) | |

     This matter is currently scheduled for sentencing on May 16, 2008 at 10:00 am.  The defendant, as part of his plea agreement, agreed to provide assistance to the government in this matter in exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. Because his cooperation is on-going, the parties hereby stipulate and jointly request that

///

///

///

///

the sentencing be continued to July 23, 2008, or as soon thereafter as the Court is available. The Probation Officer has no objection to a continuance to this date.

SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   5/10/08               /s/
KESLIE STEWART
Assistant United States Attorney


Dated:   5/12/08               /s/
SCOTT SUGARMAN
Attorney for Defendant

SO ORDERED.

**The Sentencing Hearing is continued to Friday, July 25, 2008 at 10:00a.m. before Judge Jensen.**

Dated: May 20, 2008           _____
THE HON. D. LOWELL JENSEN
United States District Court