1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
   KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      San Francisco, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail: Keslie.Stewart@usdoj.gov
8
9  Attorneys for the United States of America

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. CR 06-00346-DLJ
                                       )
15          Plaintiff,                 )
                                       )   STIPULATION AND ORDER RE
16     v.                              )   CONTINUANCE
                                       )
17  JONATHAN FORD,                     )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20          This matter is currently scheduled for sentencing on July 25, 2008.  The defendant, as

21  part of his plea agreement, agreed to provide assistance to the government in this matter in

22  exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1.

23  Because his cooperation is on-going, the parties hereby stipulate and jointly request that the

24  sentencing be

25  / / /

26  / / /

27  / / /

28  / / /

STIP. RE CONTINUANCE
CR 06-00346-DLJ

1   continued to September 19, 2008, or as soon thereafter as the Court is available.  The Probation

2   Officer has no objection to a continuance to this date.

3

4   SO STIPULATED.

5                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
6

7
    Dated:    7/21/2008                                       /s/
8                                                    KESLIE STEWART
                                                     Assistant United States Attorney
9

10

11  Dated:    7/19/2008                                       /s/
                                                     SCOTT SUGARMAN
12                                                   Attorney for Defendant

13

14

15  SO ORDERED.

16
    Dated:   July 22, 2008
17                                                   THE HON. D. LOWELL JENSEN
                                                     United States District Court
18

19

20

21

22

23

24

25

26

27

28

STIP. RE CONTINUANCE
CR 06-00346-DLJ