SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
385 Grand Avenue, Suite 300
Oakland, Ca. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4958
scottsugar@aol.com

Attorneys for Defendant
    JONATHAN FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   No. CR 06-00346 DLJ (WDB)
                                     )
            Plaintiff,               )
                                     )
   v.                                )   STIPULATION TO MODIFY
                                     )   CONDITIONS OF PRETRIAL
JONATHAN FORD,                       )   RELEASE AND [proposed] ORDER
                                     )
            Defendant.               )
                                     )

    Defendant John Ford has pled guilty and is awaiting sentencing, which is set for mid-September 2008.

    He has been on pretrial release for more than two years. One of the conditions of his pretrial release is that his travel is restricted to the Northern District of California. Mr. Ford seeks to join several friends for a camping trip in Utah from August 15 (evening departure) to August 24, 2008. Pretrial Officer Hence Williams has been supervising Mr. Ford, and informed undersigned counsel for Mr. Ford that he has no objection to Mr. Ford being allowed to take this trip so long as he provides Mr. Williams an itinerary prior to his departure. Mr. Ford has agreed to do so. Mr. Williams also noted that Mr. Ford had been very compliant while on pretrial release in this matter.

Stipulation to Modify Conditions of Pretrial Release                                                        1

The parties STIPULATE that this Court may modify the pretrial release conditions of John Ford to permit him to participate in this camping trip/vacation from August 15 to August 24, 2008 in Utah.

DATE: August 1, 2008

/s/
Scott A. Sugarman
Attorney for John Ford

DATE: August 1, 2008

/s/
Keslie Stewart
Assistant United States Attorney

SO ORDERED. Defendant shall provide his pretrial officer with an itinerary prior to his departure for this trip.

DATED: 8-4-08

Wayne D. Brazil
UNITED STATES MAGISTRATE JUDGE