JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   San Francisco, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00346-DLJ |
|    Plaintiff, ) | |
| ) | STIPULATION AND ORDER RE |
|   v. ) | CONTINUANCE |
| JONATHAN FORD, ) | |
|    Defendant. ) | |

     This matter is currently scheduled for sentencing on September 19, 2008. The defendant, as part of his plea agreement, agreed to provide assistance to the government in this matter in exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. Because his cooperation is on-going, the parties hereby stipulate and jointly request that the

/ / /

/ / /

/ / /

/ / /

/ / /

STIP. RE CONTINUANCE
CR 06-00346-DLJ

sentencing be **continued to November 21, 2008 at 10:00 a.m.**, or as soon thereafter as the Court is available. The Probation Officer has no objection to a continuance to this date.

SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   9/17/2008                      /s/
KESLIE STEWART
Assistant United States Attorney

Dated:   9/17/2008                      /s/
SCOTT SUGARMAN
Attorney for Defendant

SO ORDERED.

Dated: September 17, 2008

THE HON. D. LOWELL JENSEN
United States District Court

STIP. RE CONTINUANCE
CR 06-00346-DLJ