1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     San Francisco, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 06-00346-DLJ
                                     )
15        Plaintiff,                 )
                                     )    STIPULATION AND ORDER RE
16     v.                            )    CONTINUANCE
                                     )
17  JONATHAN FORD,                   )
                                     )
18                                   )
          Defendant.                 )
19  _____ )

20
         This matter is currently scheduled for sentencing on November 21, 2008.  The defendant,
21
    as part of his plea agreement, agreed to provide assistance to the government in this matter in
22
    exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1.
23
    Because his cooperation is on-going, the parties hereby stipulate and jointly request that the
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28
    / / /

STIP. RE CONTINUANCE
CR 06-00346-DLJ

1 | sentencing be continued to **February 6, 2009 at 10:00am,**, or as soon thereafter as the Court is
2 | available. The Probation Officer has no objection to a continuance to this date.

4 | SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   11/13/2008                              /s/
KESLIE STEWART
Assistant United States Attorney

Dated:   11/13/2008                              /s/
SCOTT SUGARMAN
Attorney for Defendant

SO ORDERED.

Dated:   11/14/08
THE HON. D. LOWELL JENSEN
United States District Court

STIP. RE CONTINUANCE
CR 06-00346-DLJ