SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
385 Grand Avenue, Suite 300
Oakland, Ca. 94610
Telephone: (510) 272-0600
Facsimile: (510) 835-4958
scottsugar@aol.com

Attorneys for Defendant
      JONATHAN FORD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-00346 DLJ (WDB) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO MODIFY |
| | ) | CONDITIONS OF PRETRIAL |
| JONATHAN FORD, | ) | RELEASE AND ORDER |
| Defendant. | ) | |

Defendant John Ford has pled guilty and is awaiting sentencing.

He has been on pretrial release for nearly three years. One of the conditions of his pretrial release is that his travel is restricted to the Northern District of California. Mr. Ford seeks to join several friends for a camping trip in Utah from April 7, 2009 to April 12, 2009. Pretrial Officer Michelle Nero is supervising Mr. Ford. On March 23, 2009, she informed defense counsel she has discussed this planned trip with Mr. Ford and has no objection to Mr. Ford being allowed to take this trip. He has provided her with his itinerary.

The parties STIPULATE that this Court may modify the pretrial release conditions of John Ford to permit him to participate in this camping trip/vacation from April 7, 2009 through April 12,

2009 in Utah.  Ms. Nero has been informed by defense counsel that this proposed Stipulation would be submitted to the Court.

DATE: March 25, 2009                              _____/s/_____
                                                  Scott A. Sugarman
                                                  Attorney for John Ford


DATE: March 25, 2009                              _____/s/_____
                                                  Keslie Stewart
                                                  Assistant United States Attorney


SO ORDERED.  Defendant shall provide his pretrial services officer with a current itinerary prior to his departure for this trip.

DATED:   March 24, 2009                           _____
                                                  UNITED STATES MAGISTRATE JUDGE

*GRANTED — Judge Wayne D. Brazil*

Stipulation to Modify Conditions of Pretrial Release                                              2