UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br>JONATHAN J. FORD,<br>　　　　　　Defendant. | Case No. CR 06-00346 DLJ<br><br>FINAL ORDER OF FORFEITURE |

On August 10, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following to the United States:

　　a. $30,000 cash in lieu of forfeiture of real property at 5815 Merriewood Drive, Oakland, California; and

　　b. $61,051.25 cash seized from inside of the Merriewood Drive property.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and(2). All right, title, and interest in said property is vested in the United States of America.

The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:　December 2, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　D. LOWELL JENSEN
　　　　　　　　　　　　　　　　　　　United States District Judge